## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>(1)    CANVAS SOLUTIONS, INC.;<br>(2)    GEOAGE, INC.;<br>(3)    KONY SOLUTIONS, INC.;<br>(4)    WIDGET PRESS, INC.;<br>(5)    POGO CORPORATION; and<br>(6)    SWD INTERACTIVE LLC,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-CV-194<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance in this matter as counsel of record for Plaintiff MACROSOLVE, INC., and consents to electronic service of all papers in this action.

Dated: April 19, 2011                Respectfully submitted,

                         /s/  Larry D. Thompson, Jr.
                        Larry D. Thompson, Jr.
                        Texas Bar No. 24051428
                        larry@ahtlawfirm.com
                        ANTONELLI, HARRINGTON &
                        THOMPSON LLP
                        4200 Montrose Blvd., Ste. 430
                        Houston, TX 77006
                        (713) 581-3000

                        Attorneys for MacroSolve, Inc.

1