# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>(1)    CANVAS SOLUTIONS, INC.;<br>(2)    GEOAGE, INC.;<br>(3)    KONY SOLUTIONS, INC.;<br>(4)    WIDGET PRESS, INC.;<br>(5)    POGO CORPORATION; and<br>(6)    SWD INTERACTIVE LLC,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-CV-194<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF MACROSOLVE, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Plaintiff MacroSolve, Inc. is a Oklahoma corporation. MacroSolve, Inc. has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: April 19, 2011

Respectfully submitted,

  /s/ Matthew J. Antonelli
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

1

Andrew W. Spangler (local attorney)
State Bar No. 24041960
spangler@spanglerlawpc.com
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
(903) 753-9300
(903) 553-0403


Attorneys for MacroSolve, Inc.