IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.<br><br>  Plaintiff,<br><br>v.<br><br>(1)  CANVAS SOLUTIONS, INC.;<br>(2)  GEOAGE, INC.;<br>(3)  KONY SOLUTIONS, INC.;<br>(4)  WIDGET PRESS, INC.;<br>(5)  POGO CORPORATION; and<br>(6)  SWD INTERACTIVE LLC,<br><br>  Defendants. | CIVIL ACTION NO. 6:11-CV-194<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF RELATED CASE

This case involves the same plaintiff and the assertion of the same patent that are involved in Case No. 6:11-cv-101.

Dated: April 19, 2011

Respectfully submitted,

  /s/  Matthew J. Antonelli
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

Andrew W. Spangler (local attorney)

1

2

State Bar No. 24041960
spangler@spanglerlawpc.com
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
(903) 753-9300
(903) 553-0403


Attorneys for MacroSolve, Inc.

2