IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>(1)    CANVAS SOLUTIONS, INC.;<br>(2)    GEOAGE, INC.;<br>(3)    KONY SOLUTIONS, INC.;<br>(4)    WIDGET PRESS, INC.;<br>(5)    POGO CORPORATION; and<br>(6)    SWD INTERACTIVE LLC,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-CV-194<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance in this matter as counsel of record for Plaintiff MACROSOLVE, INC., and consents to electronic service of all papers in this action.

| | |
|---|---|
| Dated: April 20, 2011 | Respectfully submitted,<br><br>/s/ Zachariah S. Harrington<br>Zachariah S. Harrington<br>Texas Bar No. 24057886<br>zac@ahtlawfirm.com<br>ANTONELLI, HARRINGTON &<br>THOMPSON LLP<br>4200 Montrose Blvd., Ste. 430<br>Houston, TX 77006<br>(713) 581-3000<br><br>Attorneys for MacroSolve, Inc. |

1