UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:11-CV-194-LED

Name of party requesting extension: WIDGET PRESS, INC.

Is this the first application for extension of time in this case?   ☑ Yes
   ☐ No

If no, please indicate which application this represents:   ☐ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: 4/26/11

Number of days requested:   ☑ 30 days
   ☐ 15 days
   ☐ Other ____ days

New Deadline Date: 6/16/11   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: William Cornelius

State Bar No.: 04834700

Firm Name: Wilson, Robertson & Cornelius, PC

Address: P.O. Box 7339
   Tyler, Texas  75711-7339

Phone: 903-509-5000

Fax: 903-509-5091

Email: wc@wilsonlawfirm.com

---

A certificate of conference does not need to be filed with this unopposed application.