UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: `6:11-cv-00194-LED`
Name of party requesting extension: `Kony Solution, Inc.`
Is this the first application for extension of time in this case?   ☑ Yes
☐ No
If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: `04/20/2011`
Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days
New Deadline Date: `06/10/2011`   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: `Michael J. Sacksteder`
State Bar No.: `CA 191605; ED TX Admitted`
Firm Name: `Fenwick & West LLP`
Address: `555 California Street`
`12th Floor`
`San Francisco, CA  94104`
Phone: `(415) 875-2300`
Fax:    `(415) 281-1350`
Email: `msacksteder@fenwick.com`

A certificate of conference does not need to be filed with this unopposed application.