UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: `6:11-CV-194-LED`

Name of party requesting extension: `Canvas Solutions, Inc.`

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: `4/20/11`

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: `6/10/11`   *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: `John M. Guaragna`

State Bar No.: `24043308`

Firm Name: `DLA Piper LLP (US)`

Address: `401 Congress, Suite 2500`
`Austin, Texas 78701`

Phone: `(512) 457-7000`

Fax: `(512) 457-7001`

Email: `john.guaragna@dlapiper.com`

A certificate of conference does not need to be filed with this unopposed application.