IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>(1)    CANVAS SOLUTIONS, INC.;<br>(2)    GEOAGE, INC.;<br>(3)    KONY SOLUTIONS, INC.;<br>(4)    WIDGET PRESS, INC.;<br>(5)    POGO CORPORATION; and<br>(6)    SWD INTERACTIVE LLC,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-CV-194<br><br>**JURY TRIAL DEMANDED** |

## ORDER

In view of the dismissal without prejudice filed by MacroSolve as to defendant Pogo Corporation under Fed. R. Civ. P. 41(a)(1)(A)(i), and Pogo Corporation not having served an answer or a motion for summary judgment, it is hereby ORDERED that MacroSolve's claim against Pogo Corporation is dismissed without prejudice.  Accordingly, the Court DENIES docket numbers  27, 28, and 29 as moot.

**So ORDERED and SIGNED this 30th day of June, 2011.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE