**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC. <br><br> Plaintiff, <br><br> v. <br><br> (1)  CANVAS SOLUTIONS, INC.; <br> (2)  GEOAGE, INC.; <br> (3)  KONY SOLUTIONS, INC.; <br> (4)  WIDGET PRESS, INC.; <br> (5)  POGO CORPORATION; and <br> (6)  SWD INTERACTIVE LLC, <br><br> Defendants. | CIVIL ACTION NO. 6:11-CV-194 <br><br> **JURY TRIAL DEMANDED** |

**ORDER**

In view of the dismissal without prejudice filed by MacroSolve as to defendant GeoAge, Inc. under Fed. R. Civ. P. 41(a)(1)(A)(i), and GeoAge, Inc. not having served an answer or a motion for summary judgment, it is hereby ORDERED that MacroSolve's claim against GeoAge, Inc. is dismissed without prejudice.

**So ORDERED and SIGNED this 30th day of June, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

1