IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>(1)    CANVAS SOLUTIONS, INC.;<br>(2)    GEOAGE, INC.;<br>(3)    KONY SOLUTIONS, INC.;<br>(4)    WIDGET PRESS, INC.;<br>(5)    POGO CORPORATION; and<br>(6)    SWD INTERACTIVE LLC,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-CV-194<br><br>**JURY TRIAL DEMANDED** |

## ORDER

In view of the dismissal without prejudice filed by MacroSolve as to defendant Widget Press, Inc. under Fed. R. Civ. P. 41(a)(1)(A)(i), and Widget Press, Inc. not having served an answer or a motion for summary judgment, it is hereby ORDERED that MacroSolve's claim against Widget Press, Inc. is dismissed without prejudice.

**So ORDERED and SIGNED this 6th day of July, 2011.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE