**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>(1)    CANVAS SOLUTIONS, INC.;<br>(2)    GEOAGE, INC.;<br>(3)    KONY SOLUTIONS, INC.;<br>(4)    WIDGET PRESS, INC.;<br>(5)    POGO CORPORATION; and<br>(6)    SWD INTERACTIVE LLC,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-CV-194<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>ORDER</u>

In view of the dismissal without prejudice filed by MacroSolve as to defendant SWD Interactive LLC under Fed. R. Civ. P. 41(a)(1)(A)(i), SWD Interactive LLC not having served an answer or a motion for summary judgment, it is hereby ORDERED that MacroSolve's claim against SWD Interactive LLC is dismissed without prejudice.

**So ORDERED and SIGNED this 11th day of August, 2011.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**