**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANVAS SOLUTIONS, INC., ET AL. <br><br> Defendants. | CIVIL ACTION NO. 6:11-cv-194 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE OF KONY SOLUTIONS, INC.

In light of the settlement agreement between Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant Kony Solutions, Inc. ("Kony") and the parties' joint motion to dismiss Kony, it is hereby ORDERED that all claims and counterclaims made by MacroSolve and Kony against each other in this action are dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 21st day of September, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**