**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| MACROSOLVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CANVAS SOLUTIONS, INC., ET AL. <br><br> Defendants. | CIVIL ACTION NO. 6:11-cv-194 <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF CANVAS SOLUTIONS, INC.

In light of the settlement agreement between Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant Canvas Solutions, Inc. ("Canvas") and the parties' joint motion to dismiss Canvas, it is hereby ORDERED that all claims made by MacroSolve against Canvas in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 3rd day of October, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**